# UNITED STATES DISTRICT COURT

Southern     **DISTRICT OF**     Texas

**WAIVER OF INDICTMENT**

United States of America

v.

**Case Number:**

**HAO GLOBAL LLC** and
**ALAN HAO HSU**
   a.k.a. **HAOCHUN HSU**

Defendant(s)

I, _____ALAN HAO HSU_____, the above-named defendant, who is accused of

Smuggling Goods from the United States; Aiding and Abetting (18 U.S.C. §§ 554 and 2) and

Unlawful Export Information; Aiding and Abetting (13 U.S.C. § 305; 18 U.S.C. § 2)

Being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on _____October 10, 2025_____ prosecution by indictment and consent
*Date*
that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____
Judicial Officer