| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

The United States of America, §
§
    Plaintiff, §
§
*versus* § Criminal H-25-510 (2)
§
Alan Hao Hsu, §
§
    Defendant. §

## Consent to Plea Before Magistrate Judge

I, Alan Hao Hsu, with the advice and counsel of my attorney, Jeff Vaden, consent to be advised of my rights and enter a voluntary plea of guilty before Magistrate Judge Peter Bray. I understand that my guilty plea is subject to approval and final acceptance by Senior District Judge Lee H. Rosenthal, and that sentencing will be conducted by Senior District Judge Lee H. Rosenthal.

Date: October 10, 2025

_____
Alan Hao Hsu, Defendant

_____
Jeff Vaden, Counsel for Defendant

_____
Asst. United States Attorney