United States District Court
Southern District of Texas
**ENTERED**
November 05, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:25−cr−510-1 |
| | § |
| HAO GLOBAL LLC | § |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION ON PLEA OF GUILTY AND ORDER ENTERING A FINDING OF GUILTY

The court has reviewed the Report and Recommendation of the United States Magistrate Judge, recommending that this court accept the defendant's plea of guilty. The defendant waived appearance before this court and appeared before the Magistrate Judge for the taking of a felony guilty plea and Federal Rule of Criminal Procedure 11 Allocution.

Noting no objection by the defendant, the court accepts the findings of fact and conclusions of law in the Magistrate Judge's Report and Recommendation.

Signed at Houston, Texas on November 5, 2025.

_____
Lee H. Rosenthal
Senior United States District Judge