UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**HAO GLOBAL LLC** and<br>**ALAN HAO HSU**,<br>         a/k/a "**HAOCHUN HSU**" | CRIMINAL NO.: 4:25-cr-510 |

NOTICE OF RELATED CASE

COMES NOW the United States of America through Nicholas J. Ganjei, United States Attorney in and for the Southern District of Texas, and files the following NOTICE OF RELATED CASE:

The above case is related to the following instant case:

Case:          United States v. Benlin Yuan, et al.

Number:        4:25-cr-687

District Judge:   Hon. Kenneth M. Hoyt

This case is the product of an investigation by agents from the Department of Commerce, Bureau of Industry and Security.

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By:    _____
       JOHN MARCK
       First Assistant United States Attorney