IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| *Plaintiff* | § | |
| | § | |
| VS | § | CRIMINAL DOCKET 4:25-CR-510 |
| | § | |
| **HAO GLOBAL LLC** and | § | |
| **ALAN HAO HSU** | § | |
| a.k.a. **HAOCHUN HSU** | § | |
| *Defendants* | § | |

**AGREED MOTION FOR CONTINUANCE**

*TO THE HONORABLE LEE H. ROSENTHAL*:

1. Defendants Hao Global LLC and Alan Hao Hsu ("Defendants") respectfully file this motion and move this Honorable Court to continue these proceedings and would show as follows:

**CHARGES CURRENTLY PENDING**

2. Defendants are charged by Information with one count of aiding and abetting the smuggling of goods from the United States in violation of 18 U.S.C. § 554(a) and 2, and one count of aiding and abetting the submitting of false and misleading export information, in violation of 13 U.S.C. § 305 and 18 U.S.C. § 2.

**STATUS OF THE CASE**

3. The case was referred to United States Magistrate Judge Peter Bray for the purpose of administering the plea of guilty. ECF No. 29.

4. A rearraignment and plea hearing was held on October 10, 2025, at 1:00 P.M.

5. Sentencing is currently set for December 16, 2026, at 10:30 a.m.

**AGREED REQUEST TO CONTINUE SENTENCING AND DEADLINES**

6. All parties respectfully request a six-month continuance for the presentence investigation deadlines and that the sentencing be reset to **April 2027**, or some time convenient to

the Court.

## PRAYER

Defendants Hao Global LLC and Alan Hao Hsu pray that the Court grant this motion for continuance and reset the presentence investigation deadlines and sentencing date.

Respectfully submitted,

BRACEWELL LLP

*/s/ Jeffery B. Vaden*

Jeffery B. Vaden
Texas State Bar No. 00791840
Madeline F. Fogel
Texas State Nar No. 24120826
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 221-1501
Facsimile: (800) 404-3970

**CERTIFICATE OF SERVICE**

Jeffery B. Vaden certifies that a true and correct copy of this document was served on all parties on October 27, 2026.

*/s/ Jeffery B. Vaden*
Jeffery B. Vaden

**CERTIFICATE OF CONFERENCE**

The foregoing motion was discussed with the Assistant U.S. Attorney Mark McIntyre. The government agrees to this motion.

*/s/ Jeffery B. Vaden*
Jeffery B. Vaden